MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MANSA KONQUEROR, a/k/a "Ryan Cockrell," a/k/a "Ryan Lynn McKinney,"

Defendant.

No. 4:26-cr-00019-RRB-SAO

COUNT 1:
DISTRIBUTION OF CONTROLLED SUBSTANCES
Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

COUNT 2:
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES
Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii)

ENHANCED STATUTORY PENALTIES ALLEGATION:
21 U.S.C. § 841(b)(1)(A)

CRIMINAL FORFEITURE ALLEGATION:
21 U.S.C. § 853(a)(1) & (2) and 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a)

## INDICTMENT

The Grand Jury charges that:

COUNT 1

Beginning on or about July 13, 2026, and continuing until on or about July 20, 2026, within the District of Alaska and elsewhere, the defendant, MANSA KONQUEROR, a/k/a "Ryan Cockrell," a/k/a "Ryan Lynn McKinney," did knowing and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 2

Beginning on or about a precise date unknown to the Grand Jury, but no later than May 13, 2026, and continuing to at least July 20, 2026, within the District of Alaska and elsewhere, the defendant, MANSA KONQUEROR, a/k/a "Ryan Cockrell," a/k/a "Ryan Lynn McKinney," and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with one another to distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii).

//

ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, MANSA KONQUEROR, a/k/a "Ryan Cockrell," a/k/a "Ryan Lynn McKinney," committed the offenses charged in Counts 1 and 2, he had a conviction that had become final for a serious drug felony – Possess with Purpose to Deliver in violation of A.R. Stat. § 5-64-420(b)(3), Case No. 60-CR-803, Pulaski Circuit Court, Arkansas – for which he served more than 12 months' imprisonment and for which his release from such term of imprisonment was within 15 years of the commencement of the offenses charged in Count 1 and 2.

All pursuant to 21 U.S.C. § 841(b)(1)(A).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. §§ 841 and 846, the defendant, MANSA KONQUEROR, a/k/a "Ryan Cockrell," a/k/a "Ryan Lynn McKinney," shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property.

//

//

All pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: September 16, 2026